UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARTFORD ENGINEERING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MW INDUSTRIES, INC., <br><br> Defendant. | Case No. C09-869 MJP <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received notice from JAMS that the parties resolved this matter. It appearing that no issue remains for the Court's determination, the Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party. All pending motions will be terminated on the Court's motions calendar. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 30 days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED this 21st day of December, 2009.

           BRUCE RIFKIN, Clerk
           By /s/ Mary Duett____
            Deputy Clerk

MINUTE ORDER - 1